**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 18-0722 (TSC) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE and ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to the Court's July 18, 2018, Order, Plaintiff Judicial Watch, Inc. and Defendants the U.S. Department of Justice ("DOJ") and the U.S. Department of State ("DOS"), by and through undersigned counsel, respectfully submit this Joint Status Report.

This case concerns Plaintiff's FOIA requests to DOJ and DOS. At DOJ, the request was forwarded to the National Security Division ("NSD"), the Office of Information Policy ("OIP"), and the Office of Legal Counsel ("OLC"). As previously reported, OIP, OLC, and NSD have informed Plaintiff that they have completed their responses to Plaintiff's requests.

By letter dated November 30, 2018, DOS informed Plaintiff that it was releasing two responsive records in full, two records in part, and was withholding four records in full pursuant to 5 U.S.C. § 552(b)(3) and (b)(5). DOS will continue to process records and will make releases on a monthly basis.

As previously ordered, the parties will file another joint status report within 30 days.

Dated: December 5, 2018                Respectfully submitted,

                                        */s/ James F. Peterson*
                                        James F. Peterson
                                        D.C. Bar No. 450171
                                        JUDICIAL WATCH, INC.
                                        425 Third Street SW, Suite 800


Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*


JESSIE K. LIU, D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

_____/s/_____
JOSHUA KOLSKY, D.C. BAR # 993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
joshua.kolsky@usdoj.gov

*Counsel for Defendant*