UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-0722 (TSC) |
| U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF STATE, | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of June 3, 2020, Plaintiff Judicial Watch, Inc. and Defendants the U.S. Department of Justice ("DOJ") and the U.S. Department of State ("DOS"), by and through undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case concerns Plaintiff's FOIA requests to DOJ and DOS. As previously reported, DOJ has informed Plaintiff that it has completed its responses to Plaintiff's requests.

On February 3, 2022, DOS advised Plaintiff that the agency had identified one additional responsive record and was releasing the record in part (a total of four pages). On March 3, 2022, DOS advised Plaintiff that the agency's review yielded no additional responsive records. DOS expects to make a further response to Plaintiff on or before April 7, 2022.

As previously ordered, the parties will file another Joint Status Report within 60 days, or by May 23, 2022.

Dated: March 22, 2022 	Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #482051
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

　　　　　　　　　　　　　　　　　　　*/s/ Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendants*