UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE and ) <br> U.S. DEPARTMENT OF STATE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-0722 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Orders of June 3, 2020, and September 28, 2022, Plaintiff Judicial Watch, Inc. and Defendants the U.S. Department of Justice ("DOJ") and the U.S. Department of State ("State"), by and through undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case. The parties report as follows:

1. This case concerns Plaintiff's FOIA requests to DOJ and State.

2. As previously reported, DOJ has informed Plaintiff that it has completed its responses to Plaintiff's requests.

3. Plaintiff has now completed reviewing the responses.

4. The parties have engaged in settlement negotiations to resolve the matter, which are ongoing.

5. As previously ordered, the parties will file another Joint Status Report within 60 days, or by January 23, 2023.

Dated:  November 22, 2022                    Respectfully submitted,

                                                         */s/ James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #482051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendants*

2