UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

JUDICIAL WATCH, INC.,                 )
                                      )
        Plaintiff,                    )
                                      )     Civil Action No. 18-0722 (TSC)
        v.                            )
                                      )
U.S. DEPARTMENT OF JUSTICE and        )
U.S. DEPARTMENT OF STATE,             )
                                      )
        Defendants.                   )
_____)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Orders of June 3, 2020, and September 28, 2022, Plaintiff

Judicial Watch, Inc. and Defendants the U.S. Department of Justice ("DOJ") and the U.S.

Department of State ("State"), by and through undersigned counsel, respectfully submit this Joint

Status Report in this Freedom of Information Act ("FOIA") case.  The parties report as follows:

1.      This case concerns Plaintiff's FOIA requests to DOJ and State.

2.      As previously reported, DOJ has informed Plaintiff that it has completed its

responses to Plaintiff's requests.

3.      Plaintiff has now completed reviewing the responses.

4.      The parties have engaged in settlement negotiations to resolve the matter, which are

ongoing, but have been delayed due to the need to coordinate among Defendants, as well as

undersigned's unforeseen health issues, which have now resolved.

5.      As previously ordered, the parties will file another Joint Status Report within 60

days, or by March 24, 2023.

Dated:  January 23, 2023

Respectfully submitted,

_____/s/ James F. Peterson_____
James F. Peterson
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #482051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     _/s/ Kartik N. Venguswamy_____
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendants*